# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 CR 733 | **DATE** | 10/2/2001 |
| **CASE TITLE** | USA vs. Miguel Martinez | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. This court orders that the currency aggregating $1,113 that is still in the possession of the Immigration and Naturalization Service be delivered promptly to Martinez' wife Maria Martinez. As indicated in the United States' response, Mrs. Martinez may make arrangements for that return through AUSA Lisa Griffin.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | OCT 2 2001 | |
| | Notified counsel by telephone. | | | date docketed | |
| | Docketing to mail notices. | | | | 3 |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | 10/2/2001 | |
| | | | | date mailed notice | |
| SN | courtroom deputy's initials | | OCT -2 AM 10:30 | SN | |
| | | Date/time received in central Clerk's Office | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
 )
 Plaintiff, )
 )
v. ) No. 99 CR 733
 )
MIGUEL MARTINEZ #10667-424, )
 )
 Defendant. )

OCT 0 2 2001

MEMORANDUM ORDER

Based on the response of the United States to the Fed. R. Crim. P. 41(e) motion filed by defendant Miguel Martinez ("Martinez"), this Court orders that the currency aggregating $1,113 that is still in the possession of the Immigration and Naturalization Service be delivered promptly to Martinez' wife Maria Martinez. As indicated in the United States' response, Mrs. Martinez may make arrangements for that return through Assistant United States Attorney Lisa Griffin.

Milton I. Shadur
Senior United States District Judge

Date: October 1, 2001